COURTROOM MINUTES

JUDGES Hittner                                                                       PRESIDING

COURTROOM CLERK    E. Alexander

COURT REPORTER      Jeanette Byers

LAW CLERK               Sara Hikemann

MORNING                         AFTERNOON
SESSION 10:00-10:20        SESSION_____      DATE:  6/24/10

DOCKET ENTRY

(DH ) H-09-853                                                  (Rptr- Byers              )
        (PROCEEDINGS: Pretrial Conference                                        )

Mark DePaul, et al,                    V.   Turner Paving & Construction, Inc., et al,

        Appearances: For Plaintiff: Michael Burke/Rex Burch

                         For Defendant:  Eugene Wilshire, Jr.,

Pretrial Conference held.   Written order to issue.

Witnesses: